IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JAMES V. McCART, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing hearing (filing 56) is granted;

(2) Defendant McCart's evidentiary hearing and sentencing are continued to Friday, March 10, 2006, from 3:00-5:00 p.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, 4th Floor, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

November 28, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge