IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JAMES V. McCART, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned is in receipt of defense counsel's status report on the defendant's medical and mental health.

IT IS ORDERED that the Clerk of the Court shall file the defendant's medical status report and provide a copy to Assistant United States Attorney Russ Mayer.

June 20, 2006.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge