IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,   ) | |
| ) | 8:04CR81 |
| V.   ) | |
| ) | |
| JAMES V. MCCART,   ) | |
| ) | ORDER |
| Defendant.   ) | |

    IT IS ORDERED that the government's motion to dismiss case (filing 64) is granted.

February 14, 2007.        BY THE COURT:

                                            *s/ Richard G. Kopf*
                                            United States District Judge